LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 16-00202-BRO (PJWx) | Date | February 5, 2016 |
|---|---|---|---|
| Title | AZAT GEZALYAN V. SELECT PORTFOLIO SERVICING, INC. ET AL | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Cheryl Wynn | Not Present | N/A |
| Relief Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Defendant Select Portfolio Servicing, Inc.'s ("Defendant") Motion to Dismiss Plaintiff Azat Gezalyan's ("Plaintiff") Complaint. (Dkt. No. 12.) Defendant's Motion noticed a hearing date of February 22, 2016. (*See id.*) Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9. Accordingly, Plaintiff's opposition to Defendant's Motion, if any, was due no later than February 1, 2016. To date, Plaintiff has filed no opposition to Defendant's Motion. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why the Court should not grant Defendant's Motion. **Both (1) Plaintiff's response to this Order and (2) Plaintiff's opposition to Defendant's Motion, if any, shall be filed by no later than Monday, February 8, 2016, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose. **Plaintiff's failure to file an opposition by this deadline may result in the granting of Defendant's Motion.**

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | cw |